899 A.2d 300

KIKIS A. KYRIACOU AND JUDITH KYRIACOU, PLAINTIFFS–PE-
TITIONERS, v. JAMES LAVIN AND JEANNE LAVIN, HOLM-
DEL TOWNSHIP ZONING BOARD OF ADJUSTMENT, AND
MICHAEL T. HARMYK AND BARBARA HARMYK, DEFEN-
DANTS–RESPONDENTS.

May 30, 2006.

It is ORDERED that the petition for certification is granted, the judgment of the Appellate Division is modified, and the matter is summarily remanded to the trial court.

899 A.2d 301

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES, PLAINTIFF–RESPONDENT, v. A.J.,
DEFENDANT–PETITIONER.

IN THE MATTER OF THE GUARDIANSHIP
OF A.J. & M.J., MINORS.

May 31, 2006.

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Superior Court, Chancery Division, Family Part, Monmouth County, for reconsideration of the decision to terminate A.J.'s parental rights.